

FILED
10/14/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 20-0342

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0342

JEANNE JUDSON and LEE JUDSON,

Petitioners and Appellees,

v.

CONNIE JUDSON,

Respondent and Appellant.

FILED

OCT 1 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Connie Judson has filed a Motion for an Extension of Time within which to file her opening brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's brief shall be filed on or before November 16, 2020.

DATED this 14 day of October, 2020.

For the Court,

By _____
Chief Justice